

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelley Gaines, individually and on behalf of all others similarly situated | Civil Action No.   17cv1351-LAB-JLB |
| **Plaintiff,** | |
| V. | |
| General Motors, LLC; Does 1 through 25, inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Second Amended Complaint is dismissed without leave to amend. Gaines' claims are dismissed with prejudice and the putative class's claims are dismissed without prejudice.

Date:   3/17/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Taylor

J. Taylor, Deputy